IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:23-CR-141 |
| v. | § | Judge Jordan |
| | § | |
| JUAN JOSE MORALES-CIFUENTES | § | |
| a.k.a. "Pancho" | § | |
| | § | |

## FACTUAL BASIS

The defendant, **JUAN JOSE MORALES-CIFUENTES**, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That the defendant, **JUAN JOSE MORALES-CIFUENTES**, who is changing his plea to guilty, is the same person charged in the Indictment.

2. That **JUAN JOSE MORALES-CIFUENTES** and one or more persons in some way or manner made an agreement to commit the crime charged in the Indictment, to manufacture and distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine intending, knowing, and with reasonable cause to believe that the cocaine will be unlawfully imported into the United States.

3. That **JUAN JOSE MORALES-CIFUENTES** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

4. That **JUAN JOSE MORALES-CIFUENTES** knew that the amount involved during the term of the conspiracy involved at least 450 kilograms of a mixture or substance containing a detectable amount of cocaine. This amount was involved in the conspiracy after

the defendant entered the conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

5. That **JUAN JOSE MORALES-CIFUENTES** conspired with others to import, manufacture, or distribute 450 kilograms or more of a mixture or substance containing a detectable amount of cocaine knowing that it would be unlawfully imported into the United States.

**DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT**

6. I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 5-9-26

JUAN JOSE MORALES-CIFUENTES
Defendant

**COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT**

7. I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: 5-9-26

FRANK PEREZ
Attorney for the Defendant